✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN                **DISTRICT OF**                OHIO

SARAH N.

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

COMMISSIONER OF SOCIAL SECURITY

Case Number:  3:24-cv-00085

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court GRANTS the parties' Joint Motion to Remand to the Commissioner (doc. 10).  It is hereby ORDERED that the prior non-disability finding of the Commissioner of Social Security is hereby VACATED and this matter REMANDED to the Commissioner of Social Security pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).    Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

The Clerk of Court is hereby DIRECTED to enter judgment in this matter pursuant to Fed. R. Civ. P. 58(b).

7/29/2024

RICHARD W. NAGEL, CLERK

Date

Clerk

(By) Deputy Clerk